BERRY, use BURGESS's Adm'r. vs. NICHOLLS.

VENDITIONI EXPONAS. A judgment was rendered in the late general court at May term 1791, in favour of *Z. Berry* against *E. Nicholls* and *C. Burgess*, on which writs of execution regularly issued, but were not executed, until the 14th of July 1806, when a writ of *fieri facias* was issued, returnable to this court, against *Nicholls* as survivor of *Burgess*, whose death was suggested, and was returned by the sheriff, "laid as pr. schedule, not sold, &c." The schedule described the property as follow: viz. "one house and lot in the town of *Upper Marlborough*, in the possession of *John Hodges* of *Thomas*; and one house and lot in the town of *Upper Marlborough*, occupied by *Philip T. Baker*, Esquire." The plaintiff gave directions in writing to the clerk of this court, dated the 19th of August 1809, to have the judgment he had obtained against *E. Nicholls*, and *C. Burgess* as security, entered for the use of *Dennis M. Burgess*, adm'r. of *C. Burgess*, the money having been paid to him by said *Burgess*. On the 10th of November 1809, the present writ of *venditioni exponas* issued for a sale of the above property, and was endorsed for the use of *Dennis M. Burgess* administrator of *Charles Burgess*, and was returned by the sheriff, that the property remained unsold. &c.

*Motion* on the part of the defendant to quash the writ of *venditioni exponas*, for the following reasons: 1. Because, in the description of the property taken under the *fieri facias*, there was not such certainty as the law requires. 2. Because the judgment, whereon the execution issued, was obtained against the defendant and *C. Burgess*, and by the endorsement on the execution, and the note of the plaintiff to the clerk, filed in court, it appeared, that before issuing the *fieri facias* the judgment was *satisfied*, and the execution was issued *for the use of*

the administrator of one of the original defendants against the other.

The motion was argued before CHASE, Ch. J. NICHOLSON, GANTT, and EARLE, J. by

*Magruder*, for the motion; and by
*Clagett*, contra.

THE COURT sustained the motion, and
VENDITIONI EXPONAS QUASHED.